meaning of the Constitution. Motion for leave to appeal from the order of disbarment denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TOBIAS BOYLAND, Appellant.

Submitted July 11, 2011; decided September 20, 2011

Motion for reargument granted and, upon reargument, this Court's June 23, 2011 order vacated and the following substituted in its place: Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted [*see* 17 NY3d 775 (2011)].

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v COREY GAMBLE, Appellant.

Submitted July 18, 2011; decided September 20, 2011

Motion for reargument granted to the extent that, upon reargument, this Court's June 23, 2011 order is vacated and the following is substituted in its place: Motion by appellant pro se to relieve Richard M. Greenberg, Office of the Appellate Defender, as counsel to the appellant herein granted [*see* 17 NY3d 775 (2011)]. Motion for other relief denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v COREY GAMBLE, Appellant.

Submitted September 19, 2011; decided September 20, 2011

On the Court's own motion, Alan J. Pierce, Esq., granted leave to appear as amicus curiae on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RUDOLPH ROSSI, Appellant, v NORMAN A. BEZIO, as Superintendent of Great Meadow Correctional Facility, Respondent.

Decided September 20, 2011